IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 10 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**RUDY GOMEZ (1) and**<br>████████████<br><br>Defendant. | CRIMINAL NO. SA19CR0489 XR<br>**INDICTMENT**<br><br>**CT 1:** 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B)(ii) – Conspiracy to Possess with Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine<br>**CT 2:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii) – Possession with Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine<br>**CT 3:** 18 U.S.C. §§ 922(o) and 924(a)(2) – Illegal Possession of a Machine Gun<br>**CT 4:** 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(viii) – Conspiracy to Possess with Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine<br>**CT 5:** 21 U.S.C. §§841(a)(1) & 841(b)(1)(A)(viii) – Possession with Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(B)(ii) ]

That on or about May 30, 2019, in the Western District of Texas, Defendant,

**RUDY GOMEZ (1)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a

controlled substance, which offense involved cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) in the quantities set forth below:

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of the mixture or substance containing cocaine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
| --- | --- | --- |
| **RUDY GOMEZ (1)** | 500 grams or more of a mixture or substance containing a detectable amount of cocaine | 841(b)(1)(B)(ii) |

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii)]

That on or about May 30, 2019, in the Western District of Texas, Defendant,

**RUDY GOMEZ (1),**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

**COUNT THREE**
[18 U.S.C. §§ 922(o) and 924(a)(2)]

That on or about May 30, 2019, in the Western District of Texas, Defendant,

**RUDY GOMEZ (1),**

knowingly possessed a machinegun, that is a machinegun, black in color, bearing the markings Burris Ar-332 on the scope and Tapco USA on the stock. Said machinegun shoots and is designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR
[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(viii)]

That on or about April 22, 2019, and continuing through and including about May 30, 2019, in the Western District of Texas, Defendants,

**RUDY GOMEZ (1) and**
███████████████

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved methamphetamine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) in the quantities set forth below:

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
| --- | --- | --- |
| **RUDY GOMEZ (1)** | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine | 841(b)(1)(A)(viii) |

| | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine | 841(b)(1)(A)(viii) |
|---|---|---|

All in violation of Title 21, United States Code, Section 846.

## COUNT FIVE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii)]

That on or about April 22, 2019, in the Western District of Texas, Defendant,



knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
DAPHNE D. NEWAZ
Assistant U.S. Attorney